IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants. | No. C 17-05211 WHA<br>No. C 17-05235 WHA<br>No. C 17-05329 WHA<br>No. C 17-05380 WHA<br>No. C 17-05813 WHA<br><br>**FURTHER CASE MANAGEMENT ORDER RE MOTION SCHEDULE** |

The recent stay by our court of appeals exempted therefrom any motion to dismiss and motion for provisional relief. The briefing and hearing schedule previously established will remain in place but will be limited to motions to dismiss and motions for provisional relief. For now, the administrative record must be limited to the submission made by defendants on October 6. If our court of appeals requires expansion of the administrative record, then supplemental briefing on the motion to dismiss and motion for provisional relief will, of course, be allowed. In addition to the administrative record, plaintiffs may support their motion for

provisional relief with declarations and exhibits (but, due to the stay, may not conduct discovery to obtain such evidence).

**IT IS SO ORDERED.**

Dated: October 25, 2017. 
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE